UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case Nos.   CR 02-S-73-J |
| ) | CV 05-S-8032-J |
| BRYAN KEITH HANDLEY ) | |
| ) | |
| Defendant/Movant. ) | |

ORDER

On October 27, 2005, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that the defendant/movant's motion to vacate filed pursuant to 28 U.S.C. § 2255 be denied as time-barred. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the motion to vacate filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby DENIED as time-barred.

DONE this 8th day of November, 2005.

_____
United States District Judge